**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7270**

THERL TAYLOR,

    Plaintiff - Appellant,

  v.

CHARLES BROOKS; JEANETTE MCBRIDE; JANE DOES; JOHN DOES,

    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Richard Mark Gergel, District Judge.   (3:15-cv-01138-RMG)

Submitted:  December 17, 2015   Decided:  December 22, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Therl Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Therl Taylor appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. Brooks, No. 3:15-cv-01138-RMG (D.S.C. July 14, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We conclude that the district court's order is final and appealable. See In re GNC Corp., 789 F.3d 505, 511 n.3 (4th Cir. 2015) (discussing standard for determining finality of order).